UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:22-CV-801

THOMAS A. EASON and MICHELLE RADASZEWSKI, his wife,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA

    Defendant
_____/

COME NOW the Plaintiffs, THOMAS A. EASON and MICHELLE RADASZEWSKI, his wife, by and through their undersigned counsel and hereby sues the Defendant, UNITED STATES OF AMERICA, and states as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. This is an action against Defendant United States of America under the Federal Tort Claims Act, 28 U.S.C. §1346 (b), for negligence in connection with a motor vehicle collision between the Plaintiff Thomas A. Eason and an employee of the United States Postal Service, which occurred on January 18, 2021, on Merritt Island, Florida.

2. This action is within the jurisdiction of this court and all jurisdictional requirements have been satisfied, as Plaintiffs have fully complied with all provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act.

Eason, Thomas A. vs. United States of America
Complaint

3. At all times material hereto, Plaintiffs Thomas A. Eason and Michelle Radaszewski were husband and wife, and were residents of Brevard County, Florida.

4. Pursuant to 28 U.S.C. §2672, the United States of America is the appropriate Defendant under the Federal Tort Claims Act and subject to no exceptions thereunder.

5. At all times material hereto, Ruth Ann Browning was an employee of the United States Postal Service, and as such was an employee of the United States of America and was acting within the course and scope of her employment with the United States of America.

6. Plaintiffs file this Complaint pursuant to 28 U.S.C. §2401(b) having not received an official denial from the United States Department of Justice after waiting more than six months, and after serving formal notices upon the United States Postal Service.

7. Venue in the Middle District of Florida is proper under 28 U.S.C. §1460 as the acts and/or omissions forming the basis of this claim occurred in Brevard County, Florida, in the Middle District of the State of Florida.

8. The undersigned counsel hereby certifies that a reasonable investigation as permitted by the relevant circumstances has been conducted and forms the basis for a good faith belief that sufficient grounds exist to bring this negligence action against Defendant United States of America.

Eason, Thomas A. vs. United States of America
Complaint

## FACTS GIVING RISE TO THE CLAIM

9. On or about January 18, 2021, at approximately 3:50 PM Plaintiff Thomas A. Eason was traveling on a bicycle northbound on County Road 3, on Merritt Island, Florida.

10. At all times material hereto, Plaintiff Thomas A. Eason was traveling in the appropriate far right designated bicycle lane, exercising reasonable and due care.

11. At all times material hereto, Ruth Ann Browning, an employee of the United States Postal Service, had delivered a package to 10500 S. Tropical Trail; and upon exiting the driveway of that residence, she negligently failed to operate her vehicle in a reasonably safe manner and/or failed to observe the presence of the Plaintiff Thomas A. Eason's travel on that roadway, and violently struck his bicycle throwing him to the roadway.

12. As a direct and proximate result of Ms. Browning's negligent operation of her vehicle, the Plaintiff Thomas A. Eason suffered property damage and severe and permanent injuries.

## COUNT I: NEGLIGENCE OF THE UNITED STATES OF AMERICA

13. Plaintiffs incorporate by reference each and every allegation contained in Paragraphs 1 through 12, as if fully set forth herein.

14. At all times material hereto, Ruth Ann Browning was an employee of the United States Postal Service, and as such she was an employee of the United States of America and was acting within the course and scope of her employment with the United States of America.

Eason, Thomas A. vs. United States of America
Complaint

15. At all times material hereto, Ruth Ann Browning had a duty to operate her motor vehicle in a reasonable and safe manner, consistent with the presence of motor vehicles and pedestrian bicycle traffic on the roadway.

16. At all times material hereto, Defendant United States of America is liable for the negligent acts and omissions of Ruth Ann Brown its agent, apparent agent, employee, and/or servant committed within the course and scope of her agency, apparent agency, employment, and/or servitude.

17. As a direct and proximate result of the negligence of United States Postal Service employee Ruth Ann Browning, Plaintiff Thomas A. Eason suffered bodily injury and resulting pain and suffering, property damage, disability, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing, and Plaintiff Thomas A. Eason will suffer losses in the future.

WHEREFORE, Plaintiff Thomas A. Eason demands judgment against the United States of America, for property and personal injury damages, exclusive of costs and interest, and any other such relief this Court may deem appropriate.

### COUNT II CONSORTIUM CLAIM OF MICHELLE RADASZEWSKI

18. Plaintiffs incorporate by reference each and every allegation contained in paragraphs 1 through 12, as if fully set forth herein.

19. At all times material hereto, Plaintiff Michelle Radaszewski was the wife of the Plaintiff Thomas A. Eason.

Eason, Thomas A. vs. United States of America
Complaint

20. As a direct and proximate result of the negligence of Defendant United States of America, Plaintiff Thomas A. Eason sustained significant, serious, and permanent injuries, and Plaintiff Michelle Radaszewski has suffered the loss of her husband's services, comfort, society, attentions, and companionship, in the past, and in the future.

WHEREFORE, Plaintiff Michelle Radaszewski demands judgment for her damages against Defendant United States of America, exclusive of costs and interest, and any other such relief this Court may deem appropriate.

DATED this 26th day of April, 2022.


 /s/Angela O'Neil                                         /s/Brian Patrick Sullivan
ANGELA O'NEIL, ESQUIRE                BRIAN PATRICK SULLIVAN, ESQUIRE
Florida Bar No. 898864                        Florida Bar No. 65073
The Law Office of Angela O'Neil, LLC   Searcy Denney Scarola
112 West New Haven Avenue               Barnhart & Shipley
Melbourne FL 32901                              2139 Palm Beach Lakes Boulevard
(321) 725-2900                                        West Palm Beach FL 33409
angela@oneilinjurylaw.com                  (561) 686-6300
tammy@oneilinjurylaw.com                  ricciteam@searcylaw.com